## (November 13, 1967)

FRANCES COLUNI, Appellant, v. WILLIAM D. MEYERS et al., Respondents. HERLIHY, J.

Gibson, P. J., Herlihy, Reynolds and Staley, Jr., JJ., concur in memorandum by Herlihy, J.